SEYFARTH SHAW LLP
David D. Kadue (SBN 113578)
E-mail: dkadue@seyfarth.com
Christopher A. Crosman (SBN 190336)
E-mail: ccrosman@seyfarth.com
2029 Century Park East, Suite 3500
Los Angeles, California 90067-3021
Telephone: (310) 277-7200
Facsimile: (310) 201-5219

Attorneys for Defendants
INTERPUBLIC GROUP OF COMPANIES and
CMGRP, Inc. (erroneously named herein as "ROGERS & COWAN, INC.")

SUPERIOR COURT OF CALIFORNIA

COUNTY OF LOS ANGELES

| | |
|---|---|
| DANIEL MALAKHOV, an individual, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ROGERS & COWAN, INC., a California corporation, THE INTERPUBLIC GROUP OF COMPANIES, INC., a Delaware corporation; and DOES 1 through 50, inclusive<br><br>Defendants. | Case No. CV11-06605 GW (FM)<br><br>**DECLARATION OF KEVIN EKBORG IN SUPPORT OF DEFENDANTS' NOTICE OF REMOVAL**<br><br>[Los Angeles Superior Court Case No. BC464612]<br><br>Complaint Filed: June 30, 2011 |

DECLARATION OF KEVIN EKBORG IN SUPPORT OF NOTICE OF REMOVAL
CASE NO. _____

I, KEVIN EKBORG, declare as follows:

1. I have personal knowledge of the facts set forth in this declaration and could and would competently testify thereto if called upon to do so.

2. I am currently employed as HRIS Operations Manager for The Interpublic Group of Companies ("Interpublic"). I work in Interpublic's Global Information Services office in Omaha, Nebraska, and I report to directly to the Executive Director of Enterprise Applications – North America who is based in Nebraska. In the course of discharging my job duties, I have access to and knowledge of the PeopleSoft computer systems that handle the payroll for Interpublic and its subsidiaries and affiliated companies, including CMGRP, Inc. (Interpublic and CMGRP, Inc. are collectively referred to herein as "Defendants").

3. Defendants' non-exempt employees in California are paid on a semi-monthly basis. Reports run from Defendants' PeopleSoft systems on August 9, 2011 show 625 non-exempt employees currently employed by Defendants and their subsidiaries in California. These individuals earn an average hourly wage of $30.60, which yields an average overtime rate of $45.90. The PeopleSoft reports also reflect an additional 1,601 non-exempt employees of Defendants and their subsidiaries in California who terminated their employment within the time period from June 30, 2008 through August 9, 2011. The average hourly wage for these employees was $48.17.

I declare under penalty of perjury under the laws of the State of Nebraska and the United States of America that the foregoing is true and correct.

Executed this 11 day of August, 2011, at Omaha, Nebraska.

_____
Kevin Ekborg

1

DECLARATION OF KEVIN EKBORG IN SUPPORT OF NOTICE OF REMOVAL
CASE NO. _____

# PROOF OF SERVICE

STATE OF CALIFORNIA     )
                        ) ss
COUNTY OF LOS ANGELES   )

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Seyfarth Shaw LLP, 2029 Century Park East, Suite 3500, Los Angeles, California 90067-3021. On August 11, 2011, I served the within documents:

**DECLARATION OF KEVIN EKBORG IN SUPPORT OF DEFENDANT'S NOTICE OF REMOVAL**

[X] by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

[ ] by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

[ ] by placing the document(s) listed above, together with an unsigned copy of this declaration, in a sealed Federal Express envelope with postage paid on account and deposited with Federal Express at Los Angeles, California, addressed as set forth below.

[ ] by transmitting the document(s) listed above, electronically, via the e-mail addresses set forth below.

THE CULLEN LAW FIRM, APC        Telephone: (626) 744-9125
Paul T. Cullen, Esq.            Facsimile: (866) 794-5741
Email: paul@cullenlegal.com
Craig S. Pynes, Esq.
Email: csp@cullenlegal.com
29229 Canwood Street, Suite 208
Agoura Hills, CA 91301-1555

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court whose direction the service was made.

Executed on August 11, 2011, at Los Angeles, California.

_____
Patricia E. Haden

13631378v.3

1

PROOF OF SERVICE
CASE NO. _____