1  SEYFARTH SHAW LLP
   David D. Kadue (SBN 113578)
2  E-mail: dkadue@seyfarth.com
   Christopher A. Crosman (SBN 190336)
3  E-mail: ccrosman@seyfarth.com
   2029 Century Park East, Suite 3500
4  Los Angeles, California 90067-3021
   Telephone: (310) 277-7200
5  Facsimile: (310) 201-5219

6  Attorneys for Defendants
   INTERPUBLIC GROUP OF COMPANIES and
7  CMGRP, Inc. (erroneously named herein as "ROGERS & COWAN, INC.")

8              SUPERIOR COURT OF CALIFORNIA

9                  COUNTY OF LOS ANGELES

10 DANIEL MALAKHOV, an individual,    ) Case No. CV11-06605 GW (FMOx)
   on behalf of himself and all others )
11 similarly situated,                 )
                                       ) **DECLARATION OF KELLY**
12         Plaintiff,                  ) **SAUNDERS IN SUPPORT OF**
                                       ) **DEFENDANTS' NOTICE OF**
13     v.                              ) **REMOVAL**
                                       )
14 ROGERS & COWAN, INC., a             ) [Los Angeles Superior Court
   California corporation, THE         ) Case No. BC464612]
15 INTERPUBLIC GROUP OF                )
   COMPANIES, INC., a Delaware         ) Complaint Filed:   June 30, 2011
16 corporation; and DOES 1 through 50, )
   inclusive                           )
17                                     )
           Defendants.                 )
18 _____)

I, Kelly J. Saunders, declare as follows:

1. I have personal knowledge of the facts set forth in this declaration and would and could competently testify thereto if called upon to do so.

2. I am currently employed as a Corporate Paralegal for The Interpublic Group of Companies, Inc. ("Interpublic"). I work at Interpublic's New York, New York headquarters, and I report to directly to the Vice President and Assistant General Counsel who is also based in New York. In discharging my job duties, I have knowledge of Interpublic's corporate structure, including Interpublic's subsidiaries and affiliated companies.

3. Rogers & Cowan is an unincorporated subsidiary of CMGRP, Inc., a New York corporation with its principal place of business in New York. CMGRP, Inc. has been the employer of all employees in the Rogers & Cowan unit, including Daniel Malakhov, during the entire time period from June 20, 2007 through the present.

4. CMGRP, Inc. is a subsidiary of Interpublic. Interpublic is a Delaware corporation, with its principal place of business in New York. New York is the site of Interpublic's corporate headquarters and executive offices, where Interpublic's high level officers direct, control, and coordinate Interpublic's activities.

I declare under penalty of perjury under the laws of the State of New York and the United States of America that the foregoing is true and correct.

Executed this 9th day of August, 2011, at New York, New York.

_____
Kelly J. Saunders

---

1

DECLARATION OF KELLY SAUNDERS IN SUPPORT OF NOTICE OF REMOVAL
CASE NO. _____

# PROOF OF SERVICE

STATE OF CALIFORNIA     )
                        ) ss
COUNTY OF LOS ANGELES   )

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Seyfarth Shaw LLP, 2029 Century Park East, Suite 3500, Los Angeles, California 90067-3021. On August 11, 2011, I served the within documents:

**DECLARATION OF KELLY SAUNDERS IN SUPPORT OF DEFENDANT'S NOTICE OF REMOVAL**

[X] by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

[ ] by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

[ ] by placing the document(s) listed above, together with an unsigned copy of this declaration, in a sealed Federal Express envelope with postage paid on account and deposited with Federal Express at Los Angeles, California, addressed as set forth below.

[ ] by transmitting the document(s) listed above, electronically, via the e-mail addresses set forth below.

THE CULLEN LAW FIRM, APC          Telephone: (626) 744-9125
Paul T. Cullen, Esq.              Facsimile: (866) 794-5741
Email: paul@cullenlegal.com
Craig S. Pynes, Esq.
Email: csp@cullenlegal.com
29229 Canwood Street, Suite 208
Agoura Hills, CA 91301-1555

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court whose direction the service was made.

Executed on August 11, 2011, at Los Angeles, California.

_____
Patricia E. Haden

13634816v.1

PROOF OF SERVICE
CASE NO. ____

1